**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EVELYN ALTAGRACIA CRUZ MONTAS,

                Plaintiff,                        22 **CIVIL** 4243 (OTW)

       -v-                                      **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 28, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the case will be assigned to an Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:** New York, New York
           November 28, 2022

                                                                **RUBY J. KRAJICK**

                                                                   **Clerk of Court**
                                    **BY:**    *K. Mango*
                                                                   **Deputy Clerk**